# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America,<br>*Plaintiff*<br>v.<br>Justin Eric Bentley; Bruce Craig Holt; Jennifer Holt; Marty Holt; Michael D Smith, Jr., as personal representative of the estate of Donna Fay Smith; Jo Ann Whitfield,<br>*Defendants* | Civil Action No. 6:17-cv-02278-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the motion for entry of consent judgment is granted as to defendants Justin Eric Bentley, Bruce Craig Holt, Jennifer Holt, Marty Holt, and Jo Ann Whitfield for their liability pursuant to 26 U.S.C. § 6324(b) as donees for the unpaid 2008 federal gift tax of Nellie Holt in the amount of $350,000 each as of March 14, 2019.

■ the plaintiff United States of America recover from the defendant, Michael D. Smith, as personal representative of the estate of Donna Fay Smith, in the amount of Three Hundred Thousand dollars, and 00/100 ($300,000.00), plus post judgement interest at the rate of 2.53%.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins.

Date: March 15, 2019         *ROBIN L. BLUME, CLERK OF COURT*

                                                    s/Ashley Buckingham
                                                    *Signature of Clerk or Deputy Clerk*